IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARED L. WHITT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | 8:12CV358<br><br>PROTECTIVE ORDER |

　　This matter is before the Court on the Stipulation and Motion for Protective Order (Filing No. 71) filed by the parties for the entry of a protective order regarding the discovery of certain information of heat-related illnesses reported to the defendant (hereinafter "Protected Information"). The Court finds that the motion should be granted and a Protective Order should be issued. Accordingly,

　　**IT IS ORDERED** that the Protected Information shall not be disclosed, produced or disseminated to anyone who is not involved in this case by the plaintiff or his legal counsel. The Court further orders that plaintiff and his legal counsel shall not allow this Protected Information to be disseminated to the Internet or any other electronic media. The Court further orders that plaintiff and his legal counsel shall ensure that if the Protected Information is given to any consultant, witness or expert witness, that these individuals shall be advised of this Protective Order and shall be bound by the same, and further that they shall not disseminate the Protected Information to the Internet, any outside electronic media, or any other individuals. The Court further orders that at the conclusion of this litigation, all original and all copies of any portions thereof of the Protected Information shall be immediately destroyed by the plaintiff and his legal counsel, or in the alternative, shall be immediately returned to the defendant.

　　Dated this 14th day of November, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge