You are Visitor# 9838843

Home  Crossing  Forms/Publications  Downloads  Data  Documents  Policies  Support

**1.03 - Overview Charts By Railroad**

Back to Query Page  Print Version



NUMBER OF REPORTED EMPLOYEE CASES PER 200,000 HOURS WORKED FOR Union Pacific RR Co. [UP ], January — December (ALL YEARS)

EXHIBIT 6