FORM 52032
Rev. 11/07

# UNION PACIFIC RAILROAD
## REPORT OF PERSONAL INJURY OR OCCUPATIONAL ILLNESS 0612 ES013

RULE 1.2.5. UNION PACIFIC RAILROAD OPERATING RULES STATES: All cases of personal injury, while on duty or on company property, must be immediately reported to the proper manager and the prescribed form completed. A personal injury that occurs while off duty that will in any way affect employee performance of duties must be reported to the proper manager as soon as possible. The injured employee must also complete the prescribed written form before returning to service. All cases of occupational illness must be immediately reported to the proper manager and the prescribed form completed. Because railroads are required by Federal regulations to report injuries and occupational illnesses that meet certain medical treatment criteria, employees must report to their manager any medical treatment they receive that was directly related to their injury or illness, including any follow-up visits. Below are examples of the types of medical treatments and instructions that employees must report to their manager if they were given in relation to an injury or occupational illness: Medical treatments provided or recommended; Physical therapy or chiropractic treatments; Prescriptions and other medications issued or recommended, including dosages; Lost time instructions; Work restriction instructions.

*INSTRUCTIONS:* Answer all questions in each applicable section in your own handwriting as soon as possible after an accident/incident occurs if injured, either on or off duty or if you are reporting a work-related illness. (If unable to complete the report, necessary information must be furnished by the person doing so in the employee's behalf.)

## SECTION I - IDENTIFICATION INFORMATION

| (1) YOUR NAME (First, Middle, Last) | (2) YOUR HOME ADDRESS | (3) CITY | (4) ST | (5) ZIP CODE |
|---|---|---|---|---|
| JARED LEE WHITT | [redacted] | GALLATIN | MO | 64640 |

| (6) YOUR OCCUPATION ON DAY OF INJURY | (7) YOUR HOME PHONE | (8) YOUR AGE | (9) HIRE DATE |
|---|---|---|---|
| MACHINE OPERATOR | [redacted] | 34 | JANUARY 30, 2012 |

| (10) YOUR EMPLOYEE ID NUMBER | (11) YOUR SUPERVISORS NAME | (12) ASSIGNED REST DAYS |
|---|---|---|
| 0450958 | JOE LINFORD | T2 WORK |

## SECTION II - DETAILS OF ACCIDENT/INJURY

| (1) DATE OF INJURY | (2) TIME | (3) WHERE WERE YOU INJURED (NEAREST CITY, STATE, RR LOCATION, ETC.)? | (4) TIME SHIFT OR TRIP BEGAN |
|---|---|---|---|
| 6/28/2012 | 4:30 ☒PM ☐AM | PROVISO YARD NORTHLAKE IL | 6:30 AM |

(5) MILE POST: SUB DIVISION: 14.24  ☐ MAIN/TRACK  ☒ YARD
(6) WEATHER: ☒ CLEAR  ☐ RAIN  ☐ CLOUDY  ☐ SLEET  TEMPERATURE 101°  ☐ SNOW  ☐ FOG  ☐ OTHER
(7) VISIBILITY: ☒ DAYLIGHT  ☐ DARK  ☐ DAWN  ☐ ARTIFICIAL LIGHTING  ☐ DUSK
(8) WERE YOU INJURED: ☒ ON DUTY  ☐ OFF DUTY    ☒ ON COMPANY PROPERTY  ☐ OFF COMPANY PROPERTY

(9) SPECIFIC JOB OR ACTIVITY BEING PERFORMED AT TIME OF ACCIDENT/INJURY:
JUST FINISHED APPLYING ANCHORS.

## SECTION III - DETAILS OF ACCIDENT/INJURY/OR OCCUPATIONAL ILLNESS

(1) DESCRIBE FULLY HOW THE ACCIDENT/INJURY OCCURRED:
I FELT EXTREMELY HOT, THEN MY VISION WENT BLURRY, I FELT SICK, GOT DIZZY AND HAD TO LAY DOWN. MY ARMS, LEGS, AND FACE STARTED TINGLEING. AND TIGHTENING THE LONGER IT WENT THE WORSE IT GOT.

(2) WHAT SPECIFICALLY CAUSED THE ACCIDENT/INJURY:
HEAT.

(3) DID EQUIPMENT OR TOOLS CAUSE OR CONTRIBUTE TO THE CAUSE OF THE ACCIDENT/INJURY? ☐ YES ☒ NO  IF YES, PROVIDE DETAILS (INCLUDING EQUIPMENT ID NUMBER)

(4) DID WORKING CONDITIONS CAUSE OR CONTRIBUTE TO THE CAUSE OF THE ACCIDENT/INJURY? ☐ YES ☒ NO  IF YES, PROVIDE COMPLETE DETAILS

(5) DID OTHER PERSONS CAUSE OR CONTRIBUTE TO THE CAUSE OF THE ACCIDENT/INJURY? ☐ YES ☒ NO  IF YES, PROVIDE COMPLETE DETAILS

(6) NAMES, OCCUPATIONS AND ADDRESSES OF ALL CREW MEMBERS AND/OR OTHER PERSONS WHO WITNESSED OR HAVE ANY KNOWLEDGE OF ACCIDENT/INCIDENT:
EDDY ORNELLAS.

EXHIBIT 10

## SECTION IV - IF OCCUPATIONAL ILLNESS - PROVIDE ADDITIONAL DETAILS

(1) WHAT IS YOUR ILLNESS OR CONDITION?
~~[redacted]~~ UNSURE. HEAT RELATED ILLNESS.

(2) WHEN DID YOU FIRST BECOME AWARE THAT THIS CONDITION MAY HAVE BEEN CAUSED BY YOUR WORK? HOW DID YOU LEARN THIS?
WHEN MY VISION BLURRED.

(3) LIST ANY JOB(S), EXPOSURE(S), OR LOCATION(S) THAT YOU BELIEVE MAY HAVE CAUSED OR CONTRIBUTED TO YOUR SYMPTOMS (PLEASE PROVIDE DATES):
HEAT.

(4) DO YOU HAVE ANY CURRENT EXPOSURES? IF SO, PLEASE EXPLAIN:
NO.

## SECTION V - NATURE OF INJURY/OCCUPATIONAL ILLNESS AND TREATMENT

(1) DESCRIBE INJURY OR ILLNESS:
UNSURE.

(2) WHAT ARE YOUR SYMPTOMS?
BLURRED VISION, DIZZINESS

(3) WHEN DID YOU FIRST NOTICE SYMPTOMS? (GIVE DATE)
6/28/2012    4:30 P.M.

(4) WHEN WERE YOU FIRST TREATED OR DIAGNOSED?
4:35 P.M.

(5) PARTS OF BODY AFFECTED
ENTIRE.          SIDE OF BODY ☐ RIGHT ☐ LEFT ☐ BOTH

(6) WERE YOU EXAMINED BY A MEDICAL PROFESSIONAL? ☒ YES ☐ NO  IF YES, GIVE MEDICAL PROFESSIONAL'S NAME AND ADDRESS:

(7) TREATMENT REQUIRED:   ☐ NONE  ☐ FIRST AID  ☒ TREATED & RELEASED  ☐ X-RAYS  ☐ HOSPITALIZED  ☐ OTHER (Explain):

IF HOSPITALIZED, NAME AND ADDRESS OF HOSPITAL

(8) WHAT TREATMENT WAS GIVEN?
I.V.

(9) MEDICATION INSTRUCTIONS

WAS A PRESCRIPTION WRITTEN? ☐ YES ☒ NO  IF YES: MEDICATION _____ DOSAGE _____
IF NO PRESCRIPTIONS WERE WRITTEN, WERE OTHER MEDICATIONS ISSUED OR RECOMMENDED?
☐ YES ☒ NO  IF YES: MEDICATION _____ DOSAGE _____

(10) INDICATE YOUR CURRENT HEALTH CARE COVERAGE PLAN:    ☒ UPREHS ☐ UHC ☐ OTHER LIST:

## SECTION VI - EQUIPMENT INVOLVED IN ACCIDENT/INJURY (IF APPLICABLE)

(1) TRAIN SYMBOL | (2) ENGINE NUMBER | (3) CONSIST (Loads, Empties, Tons) | (4) IDENTIFYING INITIALS & NUMBERS OF EQUIPMENT INVOLVED IN ACCIDENT/INCIDENT

(5) WAS EQUIPMENT ON  ☐ MAINTRACK  TIMETABLE  (6) WERE THERE ANY DEFECTS IN THE EQUIPMENT?  ☐ YES ☐ NO
                      ☐ YARD        DIRECTION____

(7) IF THE ANSWER TO QUESTION 6 IS YES, STATE THE NATURE OF THE DEFECTS, IDENTIFY THE DEFECTIVE EQUIPMENT, AND COMPLETE (8).

(8) WERE THE DEFECTIVE CONDITIONS MARKED?  (9) DID THIS ACCIDENT/INCIDENT RESULT FROM RIDING ON, BOARDING, OR ALIGHTING FROM, OR BEING STRUCK
     ☐ YES ☐ NO                              OR RUN OVER BY MOVING EQUIPMENT?                                    ☐ YES ☐ NO

(10) COMMENTS:

*I certify that the foregoing information is true and correct.*

_____          _____
(Signature of Employee)           (Signature of Witness)

6/29/2012       20_12
(Date Completed)                  Kirt Smith
                                  (Printed Name of Witness)