

## 49 C.F.R. § 225.33 Internal Control Plans.

**(a)** Each railroad shall adopt and comply with a written Internal Control Plan that shall be maintained at the office where the railroad's reporting officer conducts his or her official business. Each railroad shall amend its Internal Control Plan, as necessary, to reflect any significant changes to the railroad's internal reporting procedures. The Internal Control Plan shall be designed to maintain absolute accuracy and shall include, at a minimum, each of the following components:

**(1)** A policy statement declaring the railroad's commitment to complete and accurate reporting of all accidents, incidents, injuries, and occupational illnesses arising from the operation of the railroad, to full compliance with the letter and spirit of FRA's accident reporting regulations, and to the principle, in absolute terms, that harassment or intimidation of any person that is calculated to discourage or prevent such person from receiving proper medical treatment or from reporting such accident, incident, injury or illness will not be permitted or tolerated and will result in some stated disciplinary action against any employee, supervisor, manager, or officer of the railroad committing such harassment or intimidation.

**(2)** The dissemination of the policy statement; complaint procedures. Each railroad shall provide to all employees, supervisory personnel, and management the policy statement described in paragraph (a)(1). Each railroad shall have procedures to process complaints from any person about the policy stated in paragraph (a)(1) being violated, and to impose the appropriate prescribed disciplinary actions on each employee, supervisor, manager, or officer of the railroad found to have violated the policy. These procedures shall be disclosed to railroad employees, supervisors, managers, and officers. The railroad shall provide "whistle blower" protection to any person subject to this policy, and such policy shall be disclosed to all railroad employees, supervisors and management.

**(3)** Copies of internal forms and/or a description of the internal computer reporting system used for the collection and internal recording of accident and incident information.

**(4)** A description of the internal procedures used by the railroad for the processing of forms and/or computerized data regarding accident and incident information.

**(5)** A description of the internal review procedures applicable to accident and incident information collected, and reports prepared by, the railroad's safety, claims, medical and/or other departments engaged in collecting and reporting accident and incident information.

**(6)** A description of the internal procedures used for collecting cost data and compiling costs with respect to accident and incident information.

**(7)** A description of applicable internal procedures for ensuring adequate communication between the railroad department responsible for submitting accident and incident reports to FRA and any other department within the railroad

EXHIBIT 12

responsible for collecting, receiving, processing and reporting accidents and incidents.

**(8)** A statement of applicable procedures providing for the updating of accident and incident information prior to reporting to FRA and a statement of applicable procedures providing for the amendment of accident and incident information as specified in the "FRA Guide for Preparing Accidents/Incidents Reports."

**(9)** A statement that specifies the name and title of the railroad officer responsible for auditing the performance of the reporting function; a statement of the frequency (not less than once per calendar year) with which audits are conducted; and identification of the site where the most recent audit report may be found for inspection and photocopying.

**(10) (i)** A brief description of the railroad organization, including identification of:

**(A)** All components that regularly come into possession of information pertinent to the preparation of reports under this part (*e.g.,* medical, claims, and legal departments; operating, mechanical, and track and structures departments; payroll, accounting, and personnel departments);

**(B)** The title of each railroad reporting officer;

**(C)** The title of each manager of such components, by component; and

**(D)** All officers to whom managers of such components are responsible, by component.

**(ii)** A current organization chart satisfies paragraphs (a)(10)(i) (B), (C), and (D) of this section.

**(11)** In the case of the Form FRA F 6180.107 or the alternate railroad-designed form, a statement that specifies the name(s), title(s) and address(es) of the custodian(s) of these records, all supporting documentation, such as medical records, and where the documents are located.

**(b)** [Reserved]

[61 FR 30972, June 18, 1996, as amended at 61 FR 59371, Nov. 22, 1996; 61 FR 67491, Dec. 23, 1996; 68 FR 10139, Mar. 3, 2003; 75 FR 68909, Nov. 9, 2010]