## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**JARED L. WHITT,**

          **Plaintiff,**

    **vs.**

**UNION PACIFIC RAILROAD COMPANY,**

        **Defendant.**

**8:12CV358**

**PROTECTIVE ORDER**

This matter is before the court on the parties' Stipulation and Motion for Protective Order (Filing No. 170). The parties seek entry of a Protective Order for production through discovery of certain information regarding discipline of a Union Pacific employee (hereinafter "Protected Information"). The court finds a Protective Order should be granted. Accordingly,

**IT IS ORDERED** that the Protected Information shall not be disclosed, produced or disseminated to anyone who is not involved in this case by plaintiff or his legal counsel. The plaintiff and his legal counsel shall not allow this Protected Information to be disseminated to the Internet or any other electronic media. The plaintiff and his legal counsel shall ensure that if the Protected Information is given to any consultant, witness or expert witness, that these individuals shall be advised of this Protective Order and shall be bound by the same, and further that they shall not disseminate the Protected Information to the Internet, any outside electronic media, or any other individuals. At the conclusion of this litigation, all original and all copies of any portions thereof of the Protected Information shall be immediately destroyed by the plaintiff and his legal counsel, or in the alternative, shall be immediately returned to the defendant.

Dated this 20th day of August, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge