IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARED L. WHITT,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>            Defendant. | 8:12CV358<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on September 4, 2014, by David J. Schmitt, attorney for the defendant,

**IT IS ORDERED that**:

1.      On or before **October 6, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled. Additionally, all pending motions are terminated as moot.

Dated this 4th day of September, 2014.

                                                                BY THE COURT:

                                                                 s/ Thomas D. Thalken
                                                                United States Magistrate Judge